UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DARRYL SPEARS**<br>109 COLUMBUS AVENUE<br>TRENTON, NJ 08618<br>*PLAINTIFF*,<br><br>v.<br><br>**NJSP DET. JEFFREY K. GAUTHIER #5593**,<br>ET AL.,<br><br>*DEFENDANTS*. | CIVIL ACTION<br><br>No.: 3:20-cv-00380-GC-TJP<br><br>**ORDER GRANTING**<br>***PRO HAC VICE* ADMISSION**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

**THIS MATTER** having been brought before the Court by Plaintiff Darryl Spears ("Plaintiff") by and through its attorney, Law Office of Elvin Esteves LLC, for entry of an Order admitting Alison Leff ("Applicant") of the Loevy and Loevy law firm as counsel *pro hac vice* for Plaintiff pursuant to Local Civil Rule 101.1(c); and the Court having considered the supporting certifications of counsel; and all other parties having consented to this application; and for good cause shown;

**IT IS** on this 23rd day of August 2024, hereby

**ORDERED** that Plaintiff's application is granted, and Applicant is admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1(c) for all purposes and in all proceedings connected with this litigation; and it is further

**ORDERED** that Applicant shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

**ORDERED** that Applicant shall make payment to the New Jersey Lawyers' Fund for

Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Applicant shall make payment of $250.00 to the Clerk, United States District Court, as required by Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney-at-law of this Court associated with the law firm of Gibbons P.C., who shall be responsible for t hem and for the conduct of Applicant.

                                                    s/Tonianne J. Bongiovanni
                                                    Honorable Tonianne J. Bongiovanni, U.S.M.J.